**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Albert Scruggs, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2009-133949

---

ON WRIT OF CERTIORARI

---

Appeal From Richland County
L. Casey Manning, Circuit Court Judge

---

Unpublished Opinion No. 2012-MO-022
Submitted May 22, 2012 – Filed June 13, 2012

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Kathrine Haggard Hudgins, of Columbia, SC, for Petitioner Albert Scruggs.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General Brian T. Petrano, all of Columbia, SC, for Respondent State of South Carolina.

———————————

**PER CURIAM:**  We granted a writ of certiorari to review the circuit court's denial of Albert Scruggs' application for post-conviction relief.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**